This certifies that this is the opinion of the Appellate Division in this cause.

Suzanne Hurley
Clerk, Appellate Division

Andrew FRIEDMAN
vs.
Ted CHARLES

No. 8760

U.S. District Court
Appellate Division/Northern District
Trial Court of the
Commonwealth of Massachusetts

February 10, 1983

David C. Williams, Esq., counsel for Plaintiff.

Richard L. Moffitt, Esq., counsel for Defendant.

## OPINION

**Tiffany, J.** This is an action in contract based upon a promissory note which was filed in the trial court on March 10, 1981.

The docket indicates that the answer was filed on May 4, 1981; and that plaintiff's Dist./Mun. Cts. R. Civ. P. 56 motion for summary judgment was allowed on June 17, 1981. The defendant submitted a motion to amend the judgment on August 12, 1981 which, after several continuances, was heard and denied on December 8, 1981.

The defendant claimed a report on the basis of alleged impropriety in the trial court's allowance of the plaintiff's Rule 56 motion for summary judgment and denial of the defendant's subsequent motion to amend judgment. The defendant also raised a question of issue preclusion by a prior action in the Superior Court Department for Essex County.

The defendant-appellant neither filed briefs in accordance with Dist./Mun. Cts. R. Civ. P. 64, nor appeared at the Appellate Division to prosecute his appeal.

The plaintiff-appellee's motion to dismiss this appeal is herewith allowed. **Cahill v. Town of Swampscott**, Mass. App. Div. Adv. Sh. (1979) 337, 338-339; **Hill v. Motor Club of America Ins. Co.**, Mass. App. Div. Adv. Sh. (1978) 646. The plaintiff is also awarded double costs in accordance with Dist./Mun. Cts. R. Civ. P. 64(g).

So ordered.

**Elliott T. Cowdrey, P.J.**
**John P. Forte, J.**
**James B. Tiffany, J.**